AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA

United States District
Southern District of Texas
FILED

OCT 12 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Hector CRUZ-Serrato
A070 145 016 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- mj - 1019

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  October 10, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)/(b)(1)

I further state that I am a(n)  **Border Patrol Agent**  and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on October 10, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 7, 2019. The defendant was convicted of Possession/Purchase Cocaine base for Sale on May 6, 1992. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $820 Mexican Pesos in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

_____
Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

October 12, 2019                                    at    Brownsville, Texas
Date                                                        City/State

Ronald G. Morgan        U.S. Magistrate Judge        /s/ _____
Name of Judge           Title of Judge                 Signature of Judge